# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEREK HAMMER,
          Appellant,

    vs.

THE STATE OF NEVADA,
          Respondent.

No. 73903

FILED

NOV 0 3 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a "motion of defendant to inspect all evidence favorable to him." Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Our review of this appeal reveals jurisdictional defects. Specifically, no statute or court rule permits an appeal from a district court order denying a motion to inspect all evidence. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Further, review of the district court minutes and docket entries indicate that no such order was entered. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

17-37800

cc:   Hon. Stefany Miley, District Judge
Derek Hammer
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A